IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
APR 2 4 2012
4-24-12
Judge Sharon Johnson Coleman
United States District Court

| | | |
|---|---|---|
| JUANA SANCHEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 10-cv-6289 |
| | ) | |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | |
| PRUDENTIAL PIZZA, INC., and | ) | Magistrate Judge Martin C. Ashman |
| JOHN APOSTOLOU, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED JUDGMENT**

This matter coming to be heard the Court on stipulation of the parties, the Court having heard the arguments of counsel and being fully advised in the premises, the Court therefore enters the following findings:

The Court finds the defendant John Apostolou, individually, liable for damages on Count III of the Amended Complaint, and assesses damages in the sum of $10,000.00, against defendant John Apostolou.

Dated: April 23, 2012

Entered: _____
Judge Sharon Johnson Coleman
United States District Court Judge